IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No.: 18-cr-00551-PAB  　　　　　Date:   January 17, 2019
Courtroom Deputy:   Sabrina Grimm  　　　　　　Court Reporter:   Janet Coppock

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Celeste Rangel |
| Plaintiff, | |
| v. | |
| DASHAE EUGENE ARMSTRONG, | Timothy O'Hara |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**10:01 a.m.**　　**Court in session.**

Appearances of counsel.  Defendant present in custody.

Discussion regarding excluding time from speedy trial calculations and production of discovery.

**ORDERED:**　Motion Hearing is reset to February 8, 2019 at 4:00 p.m. in Courtroom A701 before Judge Philip A. Brimmer re: Defendant Dashae Eugene Armstrong's Unopposed Motion to Vacate and Reset Trial Date and Motions Deadline Pursuant to 18 U.S.C. § 3161(h)(7)(A) [22].

**ORDERED:**　**Trial set for February 11, 2019 is VACATED.**

**ORDERED:**　**Defendant is remanded to the custody of the U. S. Marshal.**

**10:18 a.m.**　　**Court in recess.**

Hearing concluded.
Total in-court time:    00:17